United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 18-12863-amc
Aleasha Baker   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP   Page 1 of 1   Date Rcvd: Jun 13, 2018
                    Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db            Aleasha Baker,    316 S Cedar Ln,    Upper Darby, PA 19082-2734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
           KENNETH E. WEST    on behalf of Debtor Aleasha  Baker dwabkty@aol.com, G6211@notify.cincompass.com
           REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
           ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                  TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Aleasha Baker | Debtor(s) | CHAPTER 7 |
| MIDFIRST BANK | Movant | NO. 18-12863 amc |
| vs. | | |
| Aleasha Baker | Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber | Trustee | |

## ORDER

AND NOW, this 13th day of June, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 316 South Cedar Lane, Upper Darby, PA 19082 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

Aleasha Baker
316 S Cedar Ln
Upper Darby, PA 19082-2734

Kenneth E. West,
Douglass, West and Associates
830 Lansdowne Avenue
Drexel Hill, PA 19026

Robert H. Holber
Robert H. Holber, PC
41 East Front Street
Media, PA 19063

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532