Certificate Number: 17082-PAE-DE-031406908

Bankruptcy Case Number: 18-12863



17082-PAE-DE-031406908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2018, at 7:04 o'clock PM MST, ALEASHA D BAKER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 31, 2018

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director